NUMBER 13-01-391-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


ALBERTO GONZALEZ, JR., INDIVIDUALLY AND D/B/A METROPOLIS , Appellant,


v.


MIGUEL GONZALEZ, Appellee.

___________________________________________________________________


On appeal from the 92nd District Court 

 of Hidalgo County, Texas

___________________________________________________________________


O P I N I O N 


Before Justices Dorsey, Yañez, and Castillo 

Opinion Per Curiam



Appellant, ALBERTO GONZALEZ, JR., INDIVIDUALLY AND D/B/A METROPOLIS , attempted to perfect an appeal
from a judgment entered by the 92nd District Court of Hidalgo County, Texas. The judgment from which this appeal is
attempted was signed on February 21, 2001, and on March 20, 2001, appellant filed a timely motion for new trial. On June
6, 2001 , the trial court granted appellant's motion for new trial. Appellant has filed a conditional motion to dismiss the
appeal, requested that the dismissal of the appeal be conditioned upon this Court's finding that the trial court possessed
jurisdiction to grant a new trial.

The Court, having examined and fully considered the documents on file, the trial court's order granting a new trial, and
appellant's conditional motion to dismiss the appeal, is of the opinion that the trial court possessed plenary power to grant a
new trial and that the appeal should be dismissed for want of jurisdiction. Appellant's motion and the appeal are hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of July, 2001 .